**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TEXAS**



William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

May 22, 2012

James L. Davidson
Greenwald Davidson PLLC
5550 Glades Road, Suite 500
Boca Ratan, FL 33431

Re:   Douglas Masters v. Time Warner Cable, Inc.
      1:12-cv-451-SS

Dear Mr. Davidson:

The records of this office indicate that you have not been admitted to practice in this court.

**Local District Court Rule AT-1(f)(1) states:** "An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding...."

**If you intend to represent a party in this case, you must submit to this court a Motion to Appear pro hac vice within ten days of the date of this letter.**   You can locate a copy of the motion on our website at http://www.txwd.uscourts.gov/rules/stdord/Austin/AustinProHacVice.pdf

The motion must contain an original signature by the attorney seeking to be admitted pro hac vice. Pro hac vice motions signed by one attorney for another attorney *will not* be granted.  If you are an attorney who maintains your office outside of this district, the Judge may require you to designate local counsel as co-counsel (Local Rule AT-2).

Please be sure to review the Local Rules for the Western District of Texas before you submit your motion, especially Local Rules CV-5 (Pleadings & Filing Papers), CV-7 (Motions), CV-10 (Form of Pleadings), and AT-1(f)(1) and AT-(f)(2) (Pro hac vice requirements), and standing orders for the Austin Division.  For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website.

Also, Case Management/Electronic Case Files (CM/ECF) is open for attorney registration.  The *E-Filing and E-Noticing Registration Form* is available on our website and you can download a copy of the form directly to your computer.  Please note that this is a rather large file, so it may take several minutes to download.

If you have any questions regarding the above information, please do not hesitate to call.

Sincerely,

*Olga Schroeder*

Olga Schroeder,
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

200 West 8th Street, Room 130
Austin, Texas 78701
William G. Putnicki                                                            512-916-5896

May 22, 2012

Michael L. Greenwald
Greenwald Davidson PLLC
5550 Glades Road, Suite 500
Boca Ratan, FL 33431

Re:     Douglas Masters v. Time Warner Cable, Inc.
        1:12-cv-451-SS

Dear Mr. Davidson:

The records of this office indicate that you have not been admitted to practice in this court.

**Local District Court Rule AT-1(f)(1) states:** "An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding...."

**If you intend to represent a party in this case, you must submit to this court a Motion to Appear pro hac vice within ten days of the date of this letter**.  You can locate a copy of the motion on our website at http://www.txwd.uscourts.gov/rules/stdord/Austin/AustinProHacVice.pdf

The motion must contain an original signature by the attorney seeking to be admitted pro hac vice. Pro hac vice motions signed by one attorney for another attorney *will not* be granted.  If you are an attorney who maintains your office outside of this district, the Judge may require you to designate local counsel as co-counsel (Local Rule AT-2).

Please be sure to review the Local Rules for the Western District of Texas before you submit your motion, especially Local Rules CV-5 (Pleadings & Filing Papers), CV-7 (Motions), CV-10 (Form of Pleadings), and AT-1(f)(1) and AT-(f)(2)  (Pro hac vice requirements), and standing orders for the Austin Division.  For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website.

Also, Case Management/Electronic Case Files (CM/ECF) is open for attorney registration.  The ***E-Filing and E-Noticing Registration Form*** is available on our website and  you can download a copy of the form directly to your computer.  Please note that this is a rather large file, so it may take several minutes to download.

If you have any questions regarding the above information, please do not hesitate to call.

                                                Sincerely,

                                                *Olga Schroeder*
                                                Olga Schroeder,
                                                Deputy Clerk