UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DOUGLAS MASTERS, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME WARNER CABLE INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:12-cv-000451-SS |

**DEFENDANT TIME WARNER CABLE INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO STAY AND COMPEL ARBITRATION AND MOTION TO DISMISS COUNT II OF PLAINTIFF'S CLASS ACTION COMPLAINT**

Given that Plaintiff filed an Amended Class Action Complaint on August 20, 2012 (DE 21), Defendant Time Warner Cable Inc. ("TWC") hereby withdraws its previously-filed Motion to Dismiss, or In the Alternative, Motion to Stay and Compel Arbitration (DE 11) and its Motion to Dismiss Count II of Plaintiff's Class Action Complaint (DE 12), which addressed the allegations in Plaintiff's original Complaint (DE 1).  In withdrawing these motions, TWC reserves the right to file renewed motions addressing the allegations in Plaintiff's Amended Complaint.

Respectfully submitted this 23rd day of August, 2012.

/s/ John Mittelbach

John P. Mittelbach

Wargo & French LLP
1888 Century Park East
Suite 1520

Los Angeles, CA 90067
(310) 853-6300 (phone)
(310 853-6528 (fax)

*Attorneys for Defendant
Time Warner Cable, Inc.*

Case 1:12-cv-00451-SS   Document 23   Filed 08/23/12   Page 2 of 3

## **CERTIFICATE OF SERVICE**

This certifies that I have this day served a true and correct copy of the within and foregoing **DEFENDANT TIME WARNER CABLE INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO STAY AND COMPEL ARBITRATION AND MOTION TO DISMISS COUNT II OF PLAINTIFF'S CLASS ACTION COMPLAINT** using the CM/ECF System which will automatically send email notification of such filing to the following attorneys of record:

This 23rd day of August, 2012.

/s/ John Mittelbach