IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



DOUGLAS MASTERS, Individually and on Behalf of All Others Similarly Situated,
                Plaintiff,

-vs-                                      Case No. A-12-CA-451-SS

TIME WARNER CABLE, INC.,
                Defendant.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court entered its order granting Defendant's Motion to Dismiss [#28], and thereafter enters the following:

        IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff's claims in the above-styled cause are DISMISSED WITHOUT PREJUDICE, the parties to bear their respective costs.

SIGNED this the 13th day of December 2012.

                                            _/s/ Sam Sparks_
                                            SAM SPARKS
                                            UNITED STATES DISTRICT JUDGE

451 ood rvd jih.frm